157 A.3d 821

**SMITH, Bernard**

v.

**STATE of Maryland**

**Pet. Docket No. 492, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Appeal dismissed by the Court of Special Appeals (No. 2021, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 821

**SPEIGHT**

v.

**JAMES MYERS COMPANY**

**Pet. Docket No. 631, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2144, Sept. Term, 2015).

Petition for writ of certiorari denied